## WORDEN *et al. vs.* ERSKINE.

*Alpena County Circuit Court,* October, 1869.

DEFECTIVE affidavit for replevin —writ quashed — property replevied ordered to be restored, and motion costs awarded.

MOTION to quash writ of replevin. The affidavit annexed to the writ was made by plaintiff, Worden. It states that the property described in the writ has not been taken for any tax, &c., "nor seized under any execution or attachment against the goods and chattels of *this deponent*," &c., instead of the plaintiff's.

*S. C. Draper*, for Plt'ff.

*J. B. Tuttle*, for Def't.

SUTHERLAND, J. — *Held*, that the motion be granted. and that the property replevied be returned to the defendant, and that the plaintiff pay the costs of this motion, including an attorney fee of five dollars.

---

## CICERO AND JONES *vs.* BATES.

*Alpena County Circuit Court,* October, 1869.

*Kelley*, for Plaintiff.

*Tuttle*, for Defendant.

SUTHERLAND, J. — *Held*, copy of affidavit annexed to writ of attachment, not required to be served with the writ. Endorsement of writ by plaintiff's attorney may be made after motion to quash. A command, in the writ to "summon defendant, if to be found in this *State*," does not vitiate the writ, if served in the proper county.